*966 ante, p. 902;
532 U. S. 1065;
532 U. S. 1008;
532 U. S. 1066;
ante, p. 917;
531 U. S. 1164;
531 U. S. 1197;
ante, p. 931;
532 U. S. 1027;
532 U. S. 1028;
532 U. S. 1040;
*967 No. 00-8989.
No. 00-9071.
No. 00-9117.
No. 00-9128.
No. 00-9134.
No. 00-9183.
No. 00-9206.
No. 00-9218.
No. 00-9223.
No. 00-9226.
No. 00-9277.
No. 00-9302.
No. 00-9369.
No. 00-9397.
No. 00-9406.
No. 00-9408.
No. 00-9425.
No. 00-9428.
No. 00-9479.
No. 00-9489.
No. 00-9518.
No. 00-9539.
No. 00-9563.
No. 00-9626.
No. 00-9630.
532 U. S. 1040;
532 U. S. 1042;
532 U. S. 1054;
532 U. S. 1054;
532 U. S. 1055;
532 U. S. 1068;
532 U. S. 1029;
532 U. S. 1029;

ante,

p. 953;
532 U. S. 1042;
532 U. S. 1071;
ante, p. 905;
532 U. S. 1032;
ante, p. 907;
532 U. S. 1044;
ante, p. 918;
532 U. S. 1056;
ante, p. 918;
ante, p. 920;
532 U. S. 1056;
532 U. S. 1057;
532 U. S. 1057;
532 U. S. 1057;
ante, p. 935;
532 U. S. 1072;
*968 No. 00-9717.
No. 00-9739.
No. 00-9819.
No. 00-9862.
No. 00-9863.
ante, p. 921;
532 U. S. 1074;
ante, p. 902;
ante, p. 910; and
ante, p. 910. Petitions for rehearing denied.